IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WARREN LOUIS HAMPTON, #294794, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:21-CV-65-WHA-CSC |
| JAY JONES, *et al.,* | ) ) | [WO] |
| Respondents. | ) ) | |

**ORDER**

On March 1, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 14.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

(1) The Recommendation (Doc. # 14) is ADOPTED.

(2) This action is DISMISSED without prejudice because Petitioner has not exhausted his state court remedies.

A separate final judgment will be entered.

DONE this 24th day of March, 2021.

    /s/ W. Harold Albritton
Senior United States District Judge